RECEIVED
AUG 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELAINE L. CHAO, Secretary of Labor
United States Department of Labor,

Plaintiff,

v.

RAYMOND PAOLO, individually and
As fiduciary of the Log On America, Inc.
401(k) Plan

Defendant.

CIVIL ACTION
FILE NO.

[redacted] 05 344 T

## CONSENT JUDGMENT AND ORDER

Defendant Raymond Paolo and Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor (the "Secretary"), have agreed to resolve all matters in controversy in this action (except for assessment by Plaintiff of any penalty pursuant to ERISA Sections 502(c) and/or 502(l), 29 U.S.C. Section 1132(c) and (l), and any proceedings related thereto), and said parties do now consent to entry of a Judgment and Order by this Court in accordance herewith.

Defendant has waived the requirements of Federal Rule of Civil Procedure 4 as to service of summons upon him and has acknowledged receipt of Plaintiff's Complaint. By consenting to this Order, Defendant has admitted to the jurisdiction of this Court over him and over the subject matter of this action.

The parties understand that nothing in this Consent Judgment and Order is binding on any governmental agency other than the United States Department of Labor.

Upon consideration of the record herein, and as agreed to by the parties, the Court finds that it has jurisdiction to enter this Consent Judgment and Order.

WHEREAS, Defendant and Plaintiff having agreed to the terms of this Consent Judgment and Order, subject to its approval by the Court and with due consideration and being fully advised of the premises, and

WHEREAS, Defendant neither admits nor denies the Secretary of Labor's allegations,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Defendant is hereby permanently enjoined from the date of entry of this Judgment from engaging in any action in violation of the provisions of §§ 403, 404 and 406 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1103, 1104 and 1106.

2. Defendant shall pay, or cause to be paid, Restitution, in the amount of $12,664 to the Log On America, Inc. 401(k) Plan (hereinafter "Plan") for proper allocation to Plan Participants other than himself. Defendant shall allocate the Restitution monies *pro rata* in accordance with the contribution amounts withheld from the pay of Log On America, Inc. employees and not forwarded to the Plan.

3. Upon entry by the Court of this Consent Judgment and Order, and pursuant to ERISA Section 206(d)(4), 29 U.S.C. § 1056(d)(4), the Defendant shall make the aforesaid Restitution through an offset of his Plan account. Defendant shall make the aforesaid Restitution no later than twenty (20) days after entry of this Consent Judgment and Order.

4. Upon entry by the Court of this Consent Judgment and Order, the custodian of Plan assets, The Guardian Insurance and Annuity Company, Inc., shall be authorized to offset $12,664 from Raymond Paolo's Plan account, and allocate that Restitution amount on a *pro rata* basis to other Plan Participants in accordance with the contribution amounts withheld from the pay of Log On America, Inc. employees and not forwarded to the Plan.

5. Within forty (40) days of the entry of this Consent Judgment and Order, Defendant shall take appropriate measures to effect proper distributions of Plan assets in the proper amounts to the proper Plan participants and/or beneficiaries.

6. After all Plan assets have been properly distributed, Defendant shall take all necessary measures to properly and promptly terminate the Plan.

7. After proper termination of the Plan, Defendant is hereby permanently enjoined from acting in a fiduciary capacity within the meaning of ERISA §3(21), 29 U.S.C. §1002(21), including but not limited to refraining from serving as a Trustee or Administrator with respect to any ERISA-covered employee benefit plan in the future.

8. Each party shall bear its own fees, costs and expenses in connection with this action.

9. The individuals executing this Consent Judgment and Order on behalf of the parties hereto certify that they have been authorized by the parties to do so.

10. The Court shall maintain jurisdiction over this matter only for the purpose of enforcing this Consent Judgment and Order.

IT IS SO ORDERED THIS 16th DAY OF AUGUST 2005

Ernest C. Torres

United States District Judge

Defendant Raymond Paolo hereby moves for entry of this Judgment:

By: Raymond Paolo Dated: 8/4/05

Plaintiff Elaine Chao, Secretary of Labor, hereby moves for entry of this Judgment:

Howard M. Radzely
Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

Donald E. d'Entremont Dated: 08/05/05
Attorney

U.S. Department of Labor
Attorneys for Plaintiff

*Post Office Address*:
Office of the Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203
Tel: (617) 565-2500
Fax: (617) 565-2142

Consent Judgment and Order in Chao v. Raymond Paolo.